# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PRIMAL HARDWERE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>PRIMAL WEAR, INC.,<br><br>       Defendant. | Case No.: 1:21-cv-00232-JL |

### DEFENDANT PRIMAL WEAR, INC.'S MOTION TO DISMISS,
### OR IN THE ALTERNATIVE, TO TRANSFER VENUE

Defendant Primal Wear, Inc. moves to dismiss, or in the alternative, to transfer this case to the District of Colorado. As set forth in its contemporaneously filed memorandum of law:

1. This Court should dismiss this case or transfer it to the District of Colorado because it is an impermissible anticipatory suit. *See, e.g., O'Connor & Drew v. Hickey*, 2009 U.S. Dist. LEXIS 148183 (D. Mass. Dec. 11, 2009).

2. Primal Wear does not have the minimum contacts with the forum required for the exercise of personal jurisdiction. *Int'l Shoe Co. v. Washington*, 326 U.S. 310, 316, 66 S. Ct. 154, 90 L. Ed. 95 (1945).

### PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that this Honorable Court:

A. Dismiss this case or transfer it to the District of Colorado; and

B. Grant such other relief as may be just and proper.

Dated: May 7, 2021

Respectfully submitted,

/s/ Edward J. Sackman
Edward J. Sackman, Esq., N.H. Bar No. 2634
670 North Commercial Street, Suite 108
P.O. Box 1120
Manchester, NH 03105-1120
Tel: (603) 623-8700
nsackman@bernsteinshur.com

*Local Counsel*

By:  s/ Jeffrey H. Kass
Jeffrey H. Kass
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
303.861.7760
jeffrey.kass@lewisbrisbois.com

*National Counsel to be Admitted Pro Hac Vice*

*Attorneys for Defendant
Primal Wear, Inc.*